# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JAMES CONSORT and GILLIAN CONSORT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST CORPORATION and DAVEY TREE, INC.,<br><br>Defendants. | No. CV 20-10-BU-SEH<br><br>ORDER |

On March 27, 2020, Plaintiffs filed a single document denominated "Motion for Remand and Memorandum of Law,"[1] which fails to comply with L.R. 7.1(c) and L.R. 7.1(d)(1)(A).

ORDERED:

1. The Motion for Remand and Memorandum of Law[2] is DENIED for failure to comply with L.R. 7.1(c) and L.R. 7.1(d)(1)(A).

---

[1] Doc. 7.

[2] Doc. 7.

2. Plaintiffs may, upon showing of good cause, move to resubmit the remand motion and brief in support in proper form.

DATED this 31st day of March, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge