# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JAMES CONSORT and GILLIAN CONSORT, husband and wife,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>NORTHWEST CORPORATION and DAVEY TREE, INC.,<br><br>　　　　　　　　　Defendants. | No. CV 20-10-BU-SEH<br><br>**ORDER** |

This action, commenced in state court, was removed to this Court on March 11, 2020.[1] However, jurisdiction, asserted to be grounded in diversity of citizenship, was not well pleaded.[2] An amended notice of removal[3] was filed

---

[1] *See* Doc. 1.

[2] *See* Doc. 5 at 1.

[3] *See* Doc. 6.

March 25, 2020. Plaintiffs moved to remand on March 27, 2020.[4] That motion was denied for failure to comply with L.R. 7.1(c) and (d)(1)(A).[5] Plaintiffs were afforded the opportunity to move to resubmit the remand motion and brief in support in proper form.[6] They did not do so.

ORDERED:

Defendant NorthWestern Corporation has been afforded two separate opportunities to properly plead jurisdiction. It has twice failed to do so. This action is remanded to Montana's Second Judicial District Court, Butte-Silver Bow County.

DATED this 24th day of April, 2020.

_____
SAM E. HADDON
United States District Judge

---

[4] *See* Doc. 7.

[5] *See* Doc. 8 at 1.

[6] *See* Doc. 8 at 2.